UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELVIN LEE KWIEESTALUB. JONES,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF EVERETT, et. al.,<br><br>  Defendants. | CASE NO. C18-954-RAJ<br><br>**REPORT AND RECOMMENDATION** |

On June 27, 2018, plaintiff, a state prisoner, submitted a *pro se* civil rights complaint. Dkt. 1. The clerk sent plaintiff a letter informing him his *informa pauperis* application was deficient and that he must cure the deficiency by July 30, 2018, or the case may be dismissed. Dkt. 2. Plaintiff has not responded or contacted the Court in this matter. The Court accordingly recommends the case be dismissed without prejudice.

If plaintiff objects to this recommendation he must file his objections―limited to five pages―by **August 20, 2018.** The Clerk shall note the matter for **August 24, 2018,** as ready for the District Judge's consideration.

The Clerk shall also provide this order to plaintiff.

REPORT AND RECOMMENDATION - 1

DATED this 6th day of August, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2