UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELVIN LEE KWIEESTALUB JONES,

Plaintiff,

v.

CITY OF EVERETT, et al.,

Defendants.

Case No. C18-954 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     This case is **dismissed without prejudice.**

(3)     The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 31st day of August, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1